Argued and submitted October 28, 1992, affirmed June 2, reconsideration denied September 15, petition for review pending 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBBLEY JAMES ARDOIN,
*Appellant.*

(10-89-10108, 10-90-02998, 10-91-09020,
10-91-10073, 10-91-10363;
CA A73539 (Control), A73540, A73541, A73542, A73543)
(Cases Consolidated)

852 P2d 281

Mary M. Reese, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

In this appeal, defendant challenges the sentences in CA A73541 imposed after he pled guilty pursuant to plea negotiations. We may not review defendant's claim of error. ORS 138.222(2)(d); *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156 (1993).

Affirmed.